Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PETERS,<br><br>    Plaintiff,<br><br>vs.<br><br>CRUMP GROUP, INC.; BB&T INSURANCE SERVICES, INC.; BB&T INSURANCE HOLDINGS, INC.; BB&T CORPORATION; TIME FINANCIAL, a CRUMP COMPANY; CRUMP LIFE INSURANCE SERVICES, INC.; DOES 1 through 50,<br><br>    Defendants. | CASE NO. 2:14-cv-02757-JFW (CWx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

63473654.1

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

## ORDER

Having reviewed and considered the Joint Stipulation of Dismissal of Entire Action with Prejudice submitted by Jennifer Peters ("Plaintiff") and Defendants BB&T Corporation ("BB&T") and Crump Life Insurance Services, Inc. ("CLIS") (collectively, "Defendants") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

**Dated: March 9, 2015**

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

63473654.1

1

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**